UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>*Plaintiff,* )<br>)<br>)<br>v. )<br>)<br>PHYLLIS M. SMITH )<br>)<br>*Defendant.* ) | Court No.<br><br>**04-11406 DPW** |

## ANSWER

Defendant answers the complaint as follows:

1. Lack knowledge of the truth and therefore deny the statements contained in paragraph 1.

2. Admit the statements contained in paragraph number 2.

3. Admit the statements contained in paragraph number 3, except for the following statements: See Exhibit "A" attached hereto and incorporated herein. The aforementioned document is incomplete and incorrect.

4. Deny statement made in paragraph 4. This statement is incorrect. Defendant has remained in contact with Plaintiff and has either negotiated repayment terms or has been on forbearance. This lawsuit was initiated during one of those forbearance periods.

      Defendant request that this lawsuit be dismissed and that a judgment be entered against the Plaintiff for any counter-claims, costs, or attorney fees.

    DATED this 18th day of August, 2004

*[signature]*
Phyllis M. Smith, Defendant
808 Memorial Drive #408B
Cambridge, MA 02139
(617) 864-3665