UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>PHYLLIS SMITH,<br>    Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Civil Action No. 04-11406-DPW |

## THE PARTIES' JOINT STATEMENT

**I.   SCHEDULING ORDER**

In accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, the parties in the above-captioned matter hereby propose the following scheduling order:

1.   All factual discovery, including all depositions of fact witnesses, shall be completed by February 28, 2005.

    (a)   This matter is exempt from the requirement for initial disclosures pursuant to Fed. R. Civ. P. 26(a)(E)(vi) as this is an action by the United States to collect on a student loan guaranteed by the United States.

    (b)   All written discovery pursuant to Fed. R. Civ. P. 33, 34, and 36 shall be served so that responses may be filed on or before December 31, 2004.

    (c)   All discovery motions under Fed. R. Civ. P. 37 pertaining to factual discovery shall be filed on or before January 31, 2005.

2.   Expert discovery: the parties do not anticipate calling any expert witnesses at this time.

3.   All dispositive motions shall be filed on or before March 31, 2005.

4.   The final pretrial conference shall be scheduled by order of the Court.

5.   The trial shall be scheduled by order of the Court.

## II.  **TRIAL BEFORE A MAGISTRATE**

The parties consent to a trial before a Magistrate Judge.

## III. **CERTIFICATIONS**

Counsel for the United States of America has conferred with a representative from the Department of Health and Human Services as to establishing a budget or cost for the litigation and with respect to ADR programs.  The United States certificate shall be filed on or before September 28, 2004.  The defendant is pro se thus, no certification is necessary.


Respectfully submitted,

PLAINTIFF,                          DEFENDANT,

UNITED STATES OF AMERICA            PHYLLIS SMITH

By its attorney,                    Pro se,


_____    _____
Christopher R. Donato               Phyllis M. Smith
Assistant U.S. Attorney             808 Memorial Drive
U.S. Attorney's Office              Apt. 408B
John Joseph Moakley Courthouse      Cambridge, MA 02139-4625
1 Courthouse Way, Suite 9200        (617) 864-3665
Boston, MA 02210
(617) 748-3303

9/17/04

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>    Plaintiff, <br><br> v. <br><br> PHYLLIS SMITH, <br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 04-11406-DPW <br> ) <br> ) <br> ) <br> ) |

## UNITED STATES OF AMERICA'S CERTIFICATION
## PURSUANT TO LOCAL RULE 16.1

Pursuant to Local Rule 16.1, the plaintiff, United States

of America, hereby certifies that it has conferred with a

representative of the Department of Health and Human Services

concerning projected expenses for this litigation as well as

alternative dispute resolution programs that may at some point

assist in resolving this litigation.

Dated: 9/17/2004

Mary Mitchell
Debt Management Branch
Dept. of Health and Human Services
Program Support Center
Division of Financial Operations
5600 Fishers Lane, Room 2B-60
Rockville, MD 20857
(301) 443-8984

Dated: 9/17/04

Christopher R. Donato
Assistant U.S. Attorney
John Joseph Moakley Courthouse
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3303