UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| v. ) | Case No.   04-cv-11406-DPW |
| ) | |
| PHYLLIS M. SMITH, ) | |
|     Defendant. ) | |

**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**

The plaintiff, United States of America, and the defendant, Phyllis M. Smith, stipulate that the above captioned action is to be dismissed without prejudice with costs and fees borne by each party.

For the plaintiff:

UNITED STATES OF AMERICA
By its attorneys

MICHAEL J. SULLIVAN
United States Attorney

By: *[signature]*

CHRISTOPHER R. DONATO
Assistant U.S. Attorney
1 Courthouse Way, Suite 9200
Boston, MA 02210

Dated: January 3, 2005

For the defendant:

*[signature]*

PHYLLIS M. SMITH
Pro se

Dated: January 4, 2005